**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **KENDALL TRAYMANE SPENCE,** | ) | |
| **ID # 1594392,** | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **No. 3:14-CV-927-N (BH)** |
| | ) | |
| **WILLIAM STEPHENS, Director,** | ) | **Referred to U.S. Magistrate Judge** |
| **Texas Department of Criminal Justice,** | ) | |
| **Correctional Institutions Division,** | ) | |
| **Respondent.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge and any objections

thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings

and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and

Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge, the petitioner's motion for default

judgment (doc. 24) is **DENIED**.

**SIGNED this 16ᵗʰ day of February, 2016.**

**UNITED STATES DISTRICT JUDGE**