**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **KENDALL TRAYMANE SPENCE,** )<br>　　**ID # 1594392,** )<br>　　　　Petitioner, )<br>vs. )<br>　)<br>**WILLIAM STEPHENS, Director,** )<br>**Texas Department of Criminal** )<br>**Justice, Correctional Institutions Division,** )<br>　　　　Respondent. ) | No. 3:14-CV-927-N BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Motion for Extension of Time to File Notice of Appeal* (doc. 33) is **GRANTED**, and the petitioner's deadline to file his notice of appeal is extended until thirty days from August 4, 2016.

　　SIGNED this 22nd day of August, 2016.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE